1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                  No. CR 14-570 CRB

12              Plaintiff,                        **ORDER TO SHOW CAUSE RE:**
                                                  **JOHNSON/DIXON CLAIM RAISED**
13       v.                                       **IN SECTION 2255 MOTION**

14    CALVIN RICHARD JOHNSON,

15              Defendant.
     _____/

16

17          Calvin Richard Johnson moves under 28 U.S.C. § 2255 to vacate, set aside or correct

18    his sentence, arguing that it has been rendered invalid by Johnson v. United States, 135 S. Ct.

19    2551 (2015), and United States v. Dixon, 805 F.3d 1193 (9th Cir. 2015).  The government is

20    hereby ORDERED to show cause why Johnson's § 2255 motion should not be granted.  The

21    government is ORDERED to respond within 60 days from the entry of this Order.  Johnson

22    shall file a reply brief not later than 30 days after the government's response.

23          **IT IS SO ORDERED.**

24    Dated: June 6, 2016                         _____

25                                                CHARLES  R. BREYER
                                                  UNITED STATES DISTRICT JUDGE
26

27

28

**United States District Court**
For the Northern District of California